UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WRIGHT CARTER,<br><br>Petitioner,<br><br>v.<br><br>STU SHERMAN,<br><br>Respondent. | No. 2:15-cv-2284 AC P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to the jurisdiction of the magistrate judge. ECF Nos. 7, 8.

Petitioner's petition was filed with the court on October 30, 2015. ECF No. 1. The court's own records reveal that on October 2, 2015, petitioner filed a petition containing virtually identical allegations against the same respondent.[1] Carter v. Sherman, 2:15-cv-2099 EFB.[2] Due to the duplicative nature of the present action, the court will dismiss the petition.

////

////

---

[1] The instant petition appears to be a photocopy of the petition filed in Case. No. 2:15-cv-2099 EFB, with the file stamp date crossed off.

[2] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The petition for a writ of habeas corpus is dismissed without prejudice as duplicative of Case No. 2:15-cv-2099 EFB; and

2. The court declines to issue a certificate of appealability.

DATED: December 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE